UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR363-04 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **SAVANNAH LITTLE** | ) | |

Leave of Court is hereby granted for the dismissal of Counts 14 and 15 of the Bill of

Indictment (as it pertains to **SAVANNAH LITTLE** only) in the above-captioned case without

prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshall Service and the United States Attorney's Office.


Signed: March 28, 2007


Robert J. Conrad, Jr.
Chief United States District Judge