IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr363

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| SAVANNAH LITTLE ) | EX PARTE AND UNDER SEAL |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the defendant ex parte and under seal for additional funds for expert services, pursuant to 18 U.S.C. § 3006A(e)(1). (Doc. No. 59).

In the motion, filed January 30, 2007, the defendant states additional funds are required to pay a private investigator to identify witnesses and serve subpoenas for trial. On March 27, 2007, the government sought leave to dismiss the charges against the defendant (Doc. No. 64), which the Court granted (Doc. No. 65).

**IT IS, THEREFORE, ORDERED** that the defendant's motion **DENIED** as moot.

The Clerk is directed to certify copies of this order to the defendant and counsel for the defendant only.

Signed: April 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge